UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP ANTHONY PETERSON, | No. 2:17-cv-0785 MCE DB P |
| Petitioner, | |
| v. | ORDER |
| S. HATTON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 23, 2018, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 11. Petitioner has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 23, 2018 (ECF No. 11) are ADOPTED IN FULL; and

1

2. Petitioner's February 12, 2018 Application for Certificate of Appealability (ECF No. 10) is DENIED as unnecessary.

IT IS SO ORDERED.

Dated: March 20, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

DLB:9
Pete0785.800.hc(2)